UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY BARNETT, Individually and
as Next Friend for A. P. and I. P., Minors,

                Plaintiffs,

                                            Case No.  2:12-cv-15556

-v-

                                            Hon. Gerald E. Rosen

CATHERINE ALAWI and
TREE CITY PROPERTIES, L.L.C.,
A Michigan for Profit Limited
Liability Company
Jointly and Severally,

                Defendants.

_____/

| JONATHAN G. WEBER (P-39712) | RONALD G. CARPENTER (P-32981) |
|---|---|
| Attorney for Plaintiffs | Attorney for Defendants |
| 606 East Cross Street | 106 N. Fourth Avenue |
| Ypsilanti, MI 48198 | Ann Arbor, MI 48104 |
| (734) 323-2535 | (734) 904-6091 |
| webreal@sbcglobal.net | ron@carpenterlawoffice.com |

_____/

**STIPULATED ORDER DISMISSING CASE**
**WITH PREJUDICE AND WITHOUT COSTS**

      The parties having agreed to settle this matter and as part of the settlement agreeing to file a proposed stipulated order to dismiss the matter with prejudice and without attorney fees, costs and/or sanctions to either party, and the Court being duly advised in the premises,

      NOW THEREFORE, it is ordered that this matter is hereby dismissed with prejudice and without attorney fees, costs and/or sanctions to either party.

Dated:   August 16, 2013            s/Gerald E. Rosen
                                          GERALD E. ROSEN
                                          CHIEF, U.S. DISTRICT COURT

Drafted and approved: Approved:

s/ Jonathan G. Weber____ Date: _____   _s/ Ronald G. Carpenter_ Date: _____
Jonathan G. Weber (P-39712)   Ronald G. Carpenter (P-32981)
Attorney for Plaintiffs   Attorney for Defendants